FILED

APR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

[handwritten signature], 3/31/06
Leave to file without Prepayment of Cost GRANTED

ABBAS ABID RUMI
Camp Delta
Washington, D.C. 20355

Petitioner

v.

Civil Action No.

GEORGE W. BUSH,
President of the United States

DONALD RUMSFELD,
Secretary, United States Department of Defense

JAY HOOD, Army Brigadier General - Commander, Joint Task Force-GTMO

MIKE BUMGARNER, Army Colonel - Commander, Joint Detention Operations Group

Respondents

CASE NUMBER 1:06CV00619
JUDGE: Richard J. Leon
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 04/3/2006

**PETITION FOR WRIT OF HABEAS CORPUS**

| | |
|---|---|
| **SUBJ:** | **OUITGOING** |
| **DTG:** | **200601** |
| **Classification:** | **SECRET** |
| **Harmony Number:** | **GUAN-2005-T05963** |
| **Primary Language:** | **Arabic** |
| **ISN:** | **US9IZ-000758DP** |
| **Country of Publication:** | **GTMO** |
| **Document Date:** | **20051228** |
| **Sender:** | **ABBAS ABID RUMI AL NAELY** |
| **Addressee:** | **The united states court of the District of Columbia** |
| **Relationship:** | |
| **Street Address-PO Box:** | **333 CONSTITUTION ANENUE. N.W.** |
| **Apartment Number:** | |
| **City:** | **WASHINGTON. D.C.** |
| **State:** | |
| **Country:** | **UNITED STATES OF AMERICA** |
| **Postal Code:** | **20001** |
| **Phone Number1:** | |
| **Phone Number2:** | |
| **Linguist Comments:** | |
| **Analyst Comments:** | |

**GUAN-2005-T05963**

***To the admirable civil court committee***

My finest greeting. Henceforth,

I am the detainee Abbas Abid Rumi; I was born in Iraq in the year 1965. I am submitting my petition to you, hoping that you will review the authority that I have been detained at Guantanamo Prison; I am hoping that you will shed a light over it. Knowing that I was exiled from Iraq due to Saddam's dictatorship regime. Knowing also that I never joined neither Al Qa'eda, nor the Taliban. I hope you will review my case and you will take into consideration the plight of the exiled Iraqi people who were oppressed by the Iraqi Government. I also did not participate in the war against the United States. However, I did saw Usama Bin Laden, and I called the Pakistani Police, they arrested me, but Usama Bin Laden managed to escape. Since that time, and up to this day, I am still remaining here in Prison without any reason.

My warmest thanks and respect

Signed,
Abbas Abid Rumi

December / 12 / 2005

Note: I was expeled by the Taliban regime in the year 2001 before the events of the September 11. Special documents with this regard are kept in the file. Thanks.

GUAN-2005-T 05963
E BEYOND HEAVY LINES

إلى لجنة المحكمة العسكرية المحترمين

تحية طيبة وبعد

أنا المعتقل عباس عبيد رومي سوا العراقي من مواليد ١٩٦٥ اتقدم بعريضتي هذه لكم من اجل النظر بصلاحية احتجازي في سجن كوبا ترابيا [illegible] القاء القبض علينا علما انني مطرود من العراق بسبب حكومة صدام الدكتاتورية وبسبب انني لم اكن طرف في القاعدة والطالبان وارجو النظر في قضيتي واخذها بنظر الاعتبار كذلك من اهالي العراق المشردين بسبب ظلم الحكومة العراقية . وكذلك لم اكن من المشتركين بالقتال ضد الولايات المتحدة وكلامي الاخير اني رأيت اسامة بن لادن وذهبت للابلاغ عنه عند الشرطة الباكستانية فقبضوا علي انا وهرب اسامة بن لادن ومنذ ذلك اليوم الى الان وانا في السجن بدون سبب . ولكم جزيل الشكر والاحترام

[signature]

عباس عبيد رومي

٢٢/١٢/٢٠٠٥

ملاحظة : انني مطرود من قبل دولة طالبان في عام ٢٠٠١ قبل احداث ١١ سبتمبر والاوراق الرسمية موجودة لدى [illegible] في الملف [illegible]