AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ABBAS ABID RUMI

       Plaintiff(s)    )
                        )   **APPEARANCE**
                        )
            vs.        )   CASE NUMBER   06-cv-00619-RJL
GEORGE W. BUSH, ET AL. )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Billy H. Nolas*  as counsel in this
                                 (Attorney's Name)

case for: ABBAS ABID RUMI
              (Name of party or parties)

August 8, 2006                       /s/ Billy H. Nolas
Date                                         Signature

                                        Billy H. Nolas

DC #899275; PA #83177           Print Name
BAR IDENTIFICATION             Federal Community Defender Office
                                               for the Eastern District of Pennsylvania

*With:                               Address
                                              601 Walnut Street, Suite 545 West
    Maureen Rowley (PA 33020)      Philadelphia, PA   19106
    Chief Federal Defender            City           State          Zip Code
    David McColgin (PA 42963)
    Supervising Appellate            (215) 928-0520; (215) 928-1100
    Assistant Federal Defender       Phone Number
    Cristi Charpentier (PA 62055)
    Shawn Nolan (PA 56535)
    Mark Wilson (PA 26887)
    Assistant Federal Defenders

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed the attached Entry of Appearance with the United States District Court for the District of Columbia and served a copy of same via Certified Mail, Return Receipt Requested, upon the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
UNITED STATES ARMY
Army - Pentagon
Washington, D.C. 20310-0200

_____
BILLY H. NOLAS
Assistant Federal Defender

DATE: August 8, 2006