IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,** : | |
| Guantanamo Bay Naval Station, : | |
| Guantanamo Bay, Cuba : | CIVIL ACTION |
|     Petitioner : | (HABEAS CORPUS) |
| : | |
|   V. : | |
| : | No:   06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** : | |
|     President of the United States : | |
|     The White House : | JUDGE RICHARD J. LEON |
|     1600 Pennsylvania Avenue, N.W. : | |
|     Washington, D.C. 20500; : | |
| : | |

**PROPOSED ORDER**

AND NOW this _____ day of _____, 2006, it is hereby ORDERED that Respondents' shall provide counsel for Petitioner with factual returns no later than the _____ day of _____, 2006.

BY THE COURT:

_____
Hon. Richard J. Leon
United States District Court Judge