IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,** : | |
| Guantanamo Bay Naval Station, : | |
| Guantanamo Bay, Cuba : | CIVIL ACTION |
|     Petitioner : | (HABEAS CORPUS) |
| : | |
| V. : | |
| : | No:   06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** : | |
|     President of the United States : | |
|     The White House : | JUDGE RICHARD J. LEON |
|     1600 Pennsylvania Avenue, N.W. : | |
|     Washington, D.C. 20500; : | |

**PROPOSED ORDER**

    AND NOW this _____ day of _____, 2006, the Court hereby enters in their entirety the following orders previously entered in <u>In re Guantanamo Detainee Cases</u>, No. 02-cv-0299, et. al., by Judge Joyce Hens Green: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; (2) the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and (3) the Order Supplementing and Amending filing Procedures Contained in the November 8, 2004 Amended Protective Order, issued on December 13, 2004.

                                                                 BY THE COURT:

                                                                 _____

                                                                  Hon. Richard J. Leon
                                                                United States District Court Judge