IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>    Petitioner<br><br>    V.<br><br>**GEORGE W. BUSH, et. al.**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500; | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>No:   06-CV-00619 (RJL)<br><br>JUDGE RICHARD J. LEON |

**NOTICE**

Pursuant to and in compliance with this Court's August 9, 2006 order regarding oral argument scheduled for August 16, 2006, counsel hereby give notice that we will not participate in argument. Petitioner's counsel designates Stephen Sady, Esq, Shereen Charlick, Esq. and the attorneys from Wilmer Hale to represent the interests of their client.

Counsel were appointed on August 7, and have not filed a brief in opposition to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials. Petitioner was unrepresented until very recently; counsel cannot make any representations as to what if any attorney client materials may have been seized or whether Petitioner had seized from him any work product materials in preparation for the filing of his pro se habeas petition or in the anticipation that he would have counsel to assist him following the preparation and filing of his pro se Petition.

Counsel must consult with their client. If, upon consultation with Petitioner, Petitioner has had any of the above type of legal materials seized, then Petitioner will respectfully request to address the issue with particularity with the Court.[1] Moreover, Petitioner does not waive any challenge to the possible confiscation of his personal documents and/or items.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
Shawn Nolan (PA 56535)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: August 10, 2006

---

[1] A motion for the entry of the protective order is being filed this date.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Ms. Preeya M. Noronha
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated: August 10, 2006