# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br>     Petitioner <br> <br> V. <br> <br> **GEORGE W. BUSH, et. al.** <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br> <br> No:   06-CV-00619 (RJL) <br> <br> JUDGE RICHARD J. LEON |

## NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion for Approval of Legal Correspondence and Proposed Order* has been sent by Federal Express to the Court Security Officer for delivery on January 31, 2007 at 12:00 pm.

Respectfully submitted,<br><br>
/s/Billy H. Nolas<br>
Billy H. Nolas (DC 399275; PA 83177)<br>
Assistant Federal Defender<br>
Maureen Rowley (PA 33020)<br>
Chief Federal Defender<br>
David McColgin (PA 42963)<br>
Supervising Appellate Assistant Federal Defender<br>
Cristi Charpentier (PA 62055)<br>
Matthew Lawry (PA 87221)<br>
Shawn Nolan (PA 56535)<br>
Brett Sweitzer (PA 82601)<br>
Mark Wilson (PA 26887)<br>
Assistant Federal Defenders<br>
Federal Community Defender Office for the<br>
Eastern District of Pennsylvania<br>
601 Walnut Street, Suite 545 West<br>
Philadelphia, PA 19106<br>
(215) 928-0520; (215) 928-1100

Dated:   January 30, 2007