**PREVIOUSLY FILED WITH CSO AND
CLEARED FOR PUBLIC FILING**

# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABBAS ABID RUMI,** | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner | : | (HABEAS CORPUS) |
| | : | |
| V. | : | |
| | : | No:    06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | JUDGE RICHARD J. LEON |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
| | : | ELECTRONICALLY FILED |

## PROPOSED ORDER

AND NOW this _____ day of _____, 2007, it is hereby ORDERED that Respondents' shall accept legal correspondence from security cleared counsel and deliver that correspondence to Petitioner under the procedures set up by the protective orders in other Guantanamo cases; counsel is ORDERED to adhere to all proscriptions of the protective order with respect to legal mail.

BY THE COURT:

_____
Hon. Richard J. Leon
United States District Court Judge