IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABBAS ABID RUMI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-0619 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' RESPONSE TO MOTION FOR
APPROVAL OF LEGAL CORRESPONDENCE**

Respondents respectfully oppose petitioner's Motion for Approval of Legal Correspondence, which seeks a subset of the relief requested in petitioner's earlier Motion to Compel Production of Factual Return and for Entry of Protective Order, on the bases set out in the opposition to the latter motion, dated August 24, 2006, to which the Court is respectfully referred. Further, the undersigned note that since the filing of respondents' earlier opposition, Congress has enacted the Military Commissions Act of 2006 ("MCA"), Pub. L. No. 109-366, 120 Stat. 2600. That statute provides that this Court lacks jurisdiction over this proceeding. For a thorough discussion of the reasons that the MCA precludes this Court's exercising jurisdiction over this case, the Court is respectfully referred to Hamdan v. Rumsfeld, 2006 WL 3625015 (D.D.C. 2006) (dismissing habeas petition filed on behalf of Guantanamo detainee). While questions about that statute's effect are pending before the Court of Appeals for this Circuit in appeals taken from In re Guantanamo Detainee Cases, 355 F. Supp. 2d 443 (D.D.C. 2005), and

<u>Khalid v. Bush</u>, 355 F. Supp. 2d 311 (D.D.C. 2005),[1] the pendency of those appeals formed the very reason for another judge of this Court to deny the motions that had been made in the detainee cases on his docket and to administratively close all of those cases. *Gherebi v. Bush*, No. 04-CV-1164, *et al.* (Walton, J.) (attached as Exhibit 1).[2] Petitioner's motion should be denied.

Dated: February 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　　/s/　Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.

---

[1] On appeal these cases are titled <u>Al Odah v. United States</u>, No. 05-5064, and <u>Boumediene v. Bush</u>, No. 05-5062.

[2] While various other judges on this Court have taken different approaches to motions that have been filed since the passage of the MCA, compare, e.g., <u>Alhag v. Bush</u>, No. 05-CV-2199 (D.D.C.) (dkt. no. 42) (Kennedy, J.) (denying motion for factual return) with, e.g., <u>Razakah v. Bush</u>, No. 05-CV-2370 (D.D.C.) (dkt. no. 52) (granting similar motion notwithstanding jurisdictional issue), the language of the MCA, and the well-reasoned conclusion by Judge Robertson that the <u>Hamdan</u> case had to be dismissed on the strength of that statute, require the conclusion that the present motion should not be granted.

Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents