UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABBAS ABID RUMI, et al., )
)
)
Petitioners, )
)
v. ) Civ. Action No. 06cv619 (RJL)
)
GEORGE WALKER BUSH, et al., )
)
Respondents. )

## ORDER

Upon consideration of our Circuit's recent decision in *Boumediene v. Bush*, D.C. Circuit Nos. 05-5062, 05-5064, which concluded that this Court lacks jurisdiction over cases of this type, and in light of the pending appeal of that decision to the United States Supreme Court, it is, this 7th day of March, 2007, hereby

**ORDERED** that the above-captioned matter is stayed pending resolution of all appeals in *Khalid v. Bush*, No. 04-CV-1142 (RJL), *Boumediene v. Bush*, No. 04-CV-1166 (RJL), and the *In re Guantanamo Bay Detainee Cases*, No. 02-CV-0299, et al.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge