IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,** : | |
| Guantanamo Bay Naval Station, : | |
| Guantanamo Bay, Cuba : | CIVIL ACTION |
| Petitioner : | (HABEAS CORPUS) |
| : | |
| V. : | |
| : | No:   06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** : | |
| President of the United States : | |
| The White House : | JUDGE RICHARD J. LEON |
| 1600 Pennsylvania Avenue, N.W. : | |
| Washington, D.C. 20500; : | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Petitioner/Appellant, Abbas Abid Rumi, hereby provides notice of his appeal to the United States Court of Appeals for the District of Columbia Circuit

from the District Court's order, entered February 16, 2007, denying Petitioner's motion for approval of legal correspondence, and from all other adverse orders and rulings.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Matthew Lawry (PA 87221)
Shawn Nolan (PA 56535)
Brett Sweitzer (PA 82601)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated:   March 14, 2007