CLEARED FOR PUBLIC FILING
BY CSO.  MARCH 21, 2007

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAS ABID RUMI,<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>　　　　Petitioner/Appellant<br><br>　　V.<br><br>GEORGE W. BUSH, et. al.<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Avenue, N.W.<br>　　Washington, D.C. 20500; | CIVIL ACTION<br>(HABEAS CORPUS)<br><br><br>No:    06-CV-00619 (RJL)<br><br><br>JUDGE RICHARD J. LEON |

**PETITIONER'S MOTION FOR PERMISSION
TO APPEAR IN FORMA PAUPERIS**

　　Petitioner/Appellant respectfully moves for permission to appear <u>in forma pauperis,</u> and in support avers the following:

　　1.　　On December 12, 2005, Petitioner/Appellant delivered to the authorities at Guantanamo for mailing his request for habeas corpus relief ("*Pro Se* Habeas").  This Petition was docketed by the District Court on April 3, 2006.[1]

---

[1] Undersigned counsel thereafter filed a notice of appearance on August 8, 2006, and on August 9, the Petition for Habeas Corpus was amended.  Counsel (hereinafter "public defender") are Assistant Federal Defenders with the Federal Community Defender for the Eastern District of Pennsylvania.

2. On August 10, 2006, Petitioner/Appellant, through his public defender counsel, filed a motion for the entry of the standard protective order. Respondents opposed the entry of the protective order.

3. The District Court did not rule on the protective order. The District Court denied counsel's motion for permission to communicate with Petitioner and denied counsels' request for permission to correspond through legal mail with Petitioner.[2]

4. Petitioner/Appellant has filed a Notice of Appeal from the District Court's denial of permission for counsel to correspond/communicate with Petitioner/Appellant.

5. Petitioner/Appellant is indigent, represented by public defender counsel, and has been incarcerated for years at the Guantanamo facility. He is without means to pay filing fees, hire counsel or otherwise prosecute and appeal without the requested in forma pauperis relief.

WHEREFORE, Petitioner/Appellant respectfully requests that this Court allow him to appeal in forma pauperis. (Undersigned counsel shall continue to server as counsel for Petitioner/Appellant in such an appeal).

---

[2]Counsels' Motion for Permission to Correspond.Communicate explained: "[a]n attorney has an absolute duty to confer with his or her client. This duty has always been recognized by the courts of this country. In 1879, the United States Supreme Court stated, "[i]t is the duty of an attorney to advise the client promptly whenever he has any information to give which it is important the client should receive." Baker v. Humphrey, 101 U.S. 494, 500 (1879). See also Strickland v. Washington, 466 U.S. 668, 688 (1984) [parenthetical omitted] ... Counsel cannot fulfill his constitutional duty to his client if he is not permitted to communicate with his client. Regardless of the outcome of the jurisdictional questions that are being considered by the Court of Appeals, Petitioner has the right to consult with his counsel. Security cleared counsel respectfully request that the Court permit correspondence through the legal mail system set up in the Guantanamo cases. Counsel will adhere to the proscriptions of the standard protective orders in place in other cases.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Matthew Lawry (PA 87221)
Shawn Nolan (PA 56535)
Brett Sweitzer (PA 82601)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: March 21, 2007

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Terry Henry
Judry Laeb Subar
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


        /s/Billy H. Nolas
        Billy H. Nolas


Dated: March 21, 2007