IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABBAS ABID RUMI,** | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner | : | (HABEAS CORPUS) |
| | : | |
| V. | : | |
| | : | No:   06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | JUDGE RICHARD J. LEON |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
| | : | |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance* has been sent by Federal Express to the Court Security Officer for delivery on April 11, 2007 at 12:00 pm.

                                                        Respectfully submitted,

                                                        /s/Billy H. Nolas
                                                        Billy H. Nolas (DC 399275; PA 83177)
                                                        Assistant Federal Defender
                                                        Maureen Rowley (PA 33020)
                                                        Chief Federal Defender
                                                        David McColgin (PA 42963)
                                                         Supervising Appellate Assistant Federal Defender
                                                         Cristi Charpentier (PA 62055)
                                                         Matthew Lawry (PA 87221)
                                                         Shawn Nolan (PA 56535)
                                                         Brett Sweitzer (PA 82601)
                                                         Mark Wilson (PA 26887)
                                                         Assistant Federal Defenders
                                                         Federal Community Defender Office for the
                                                         Eastern District of Pennsylvania
                                                         601 Walnut Street, Suite 545 West
                                                         Philadelphia, PA 19106
                                                         (215) 928-0520; (215) 928-1100

Dated:   April 10, 2007