IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABBAS ABID RUMI** | : | |
| | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| Petitioner, | : | |
| | : | |
| v. | : | No. 06-cv-00619-RJL |
| | : | |
| **GEORGE W. BUSH,** | : | |
| President of the United States, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND
ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER**

    Petitioner hereby give notice to all parties of the filing of the attached *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*.

                                  Respectfully submitted,

                                  /s/Billy H. Nolas
                                  Billy H. Nolas (DC 399275; PA 83177)
                                  Assistant Federal Defender
                                  Maureen Rowley (PA 33020)
                                  Chief Federal Defender
                                  David McColgin (PA 42963)
                                  Supervising Appellate Assistant Federal Defender
                                  Cristi Charpentier (PA 62055)
                                  Shawn Nolan (PA 56535)
                                  Mark Wilson (PA 26887)
                                  Assistant Federal Defenders
                                  Federal Community Defender Office for the
                                  Eastern District of Pennsylvania
                                  601 Walnut Street, Suite 545 West
                                  Philadelphia, PA 19106
                                  (215) 928-0520; (215) 928-1100

Dated:   April 25, 2007

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated:  April 25, 2007