IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABBAS ABID RUMI,** | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner/Appellant | : | (HABEAS CORPUS) |
|  | : | |
| V. | : | |
|  | : | No:   06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | JUDGE RICHARD J. LEON |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
|  | : | |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Opposition to Respondents' Motion to Dismiss Habeas Petition for Lack of Jurisdiction* has been sent by Federal Express to the Court Security Officer for delivery on April 27, 2007 at 12:00 pm.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated:   April 26, 2007