IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br> Petitioner <br><br> V. <br><br> **GEORGE W. BUSH, et. al.** <br> President of the United States <br> The White House <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No:   06-CV-00619 (RJL) |

**NOTICE OF FILING**

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Lift the Stay of Proceedings, Order the Government to Provide Factual Return and Set as Scheduling Conference* has been sent by Federal Express to the Court Security Officer for delivery on June 19, 2008 at 12:00 pm.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: June 18, 2008

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated: June 18, 2008