IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **ABBAS ABID RUMI** | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner | : | (HABEAS CORPUS) |
| | : | |
| V. | : | |
| | : | No:   06-CV-00619 (RJL) |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
| | : | |

**PETITIONER'S MOTION TO LIFT THE
STAY OF PROCEEDINGS, ORDER THE GOVERNMENT
TO PROVIDE FACTUAL RETURN
AND SET A SCHEDULING CONFERENCE**

Petitioner, Abbas Abid Rumi, through his attorneys, hereby moves that this Court lift the stay entered on March 7, 2007, order the government to provide factual returns and set a date for a scheduling conference.

1.      On March 7, 2007, this Court stayed Mr. Rumi's habeas proceedings pending resolution of all appeals in Khalid v. Bush et al., 355 F.Supp2d 311 (D.D.C. 2005), appeals docketed sub nom., Boumediene v. Bush et al., Nos. 05-5062, 05-5063 (D.C. Cir. March 3, 2005) and In re Guantanamo Detainee Cases, 355 F.Supp.2d 443 (D.D.C. 2005), appeals docketed, Nos. 05-5064 et al. (D.D. Cir. March 7, 2005). The stay was based on the Court of Appeals' ruling that the Court lacks jurisdiction because of the passage of the DTA. See Boumediene v.

1

Bush, 476 F.3d. 981 (C.A.D.C. 2007).

2. On June 12, 2008, the Supreme Court reversed the decision of the Court of Appeals, ruling that prisoners at Guantanamo have *habeas corpus* rights protected under the U.S. Constitution; the review procedures of the Detainee Treatment Act are not an adequate substitute for *habeas corpus*; and the Military Commissions Act, insofar as it purported to strip the courts of *habeas corpus* jurisdiction, was unconstitutional. Boumediene v. Bush, ___ S.Ct. ___, 2008 WL 2369628 (June 12, 2008). The Court stated that it was now up to the trial courts to resolve questions regarding "the legality of . . . detention" of Guantanamo detainees. Id. at *8. In so ruling, the Court made clear that the "detainees in these cases are entitled to a prompt habeas corpus hearing." Id. at *44. Since the basis for the stay no longer exists, it should be vacated forthwith and Petitioner's habeas proceedings should move forward.

3. Petitioner also requests that the Court order the government to provide a classified factual return to undersigned security cleared counsel forthwith. As the Circuit Court of Appeals for the District of Columbia has stated, "counsel for a detainee has a 'need to know' the classified information relating to his client's case ..." Bismullah v. Gates, 501 F.3d 178, 180 (2007). In support of this request, Petitioner relies on the reasons set forth in his *Motion to Compel Production of Factual Returns and for Entry of Protective Orders*, filed with this Court on August 10, 2006 (document 9).

4. Finally, Petitioner requests that the Court set the matter for a status conference to consider a schedule for a <u>prompt</u> resolution of Petitioner's claims, in accordance with the direction of the Supreme Court. Petitioner has been held at Guantanamo since October, 2002. He has been awaiting action on his *habeas corpus* petition since it was filed in December, 2005.

Moreover, Mr. Rumi has been eligible for transfer at least since February, 2007, more than sixteen months ago.[1]

5.    Undersigned counsel have contacted counsel for the government in accordance with Local Rule 7(m), to ascertain respondents position on this motion. At the time of filing, counsel have not received a response.

**WHEREFORE**, for all of the foregoing reasons, Petitioner respectfully requests that this Honorable Court lift the stay, order the government to provide counsel with a factual return, and set the matter for a status conference.

    Respectfully submitted,

    /s/Billy H. Nolas
    Billy H. Nolas (DC 399275; PA 83177)
    Assistant Federal Defender
    Maureen Rowley (PA 33020)
    Chief Federal Defender
    Matthew Lawry (PA 87221)
    Shawn Nolan (PA 56535)
    Mark Wilson (PA 26887)
    Assistant Federal Defenders
    Federal Community Defender Office for the
    Eastern District of Pennsylvania
    601 Walnut Street, Suite 545 West
    Philadelphia, PA 19106
    (215) 928-0520; (215) 928-1100

Dated: June 18, 2008

---

[1] In an email message to undersigned counsel on February 22, 2007, the Department of Defense acknowledged that Petitioner was "approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure." See "Detainee Status Notification" Email from DAVID N. COOPER, Lt Col, USAFR, Staff Judge Advocate, DOD HQ OARDEC, Office for the Administrative Review of the Detention of Enemy Combatants, Washington, DC, to Shawn Nolan, Esq. (2/22/07), attached as Exhibit 1. In that email, it is noted that Mr. Rumi will not have any subsequent Administrative Review Board hearings. As such, there is no process whatsoever left to him at Guantanamo. For these reasons, his need for this Court's swift action to allow him to invoke his right to *habeas corpus* is greatly heightened.

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing instrument has been served on Respondents through the Court Security Officer in accordance with the Standard Protective Orders:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated:  June 18, 2008