

"Digiacomo, Matthew J Capt OARDEC, CYTW" <matthew.digiacomo@navy.mil>

02/22/2007 04:56 PM

To <cristi_chapentier@fd.org>, <shawn_nolan@fd.org>
cc
bcc
Subject Detainee Status Notification

History: 🖹 This message has been forwarded.

Dear Counsel for ISN 758

    Through either the Administrative Review Board (ARB) process or the process DOD had in place prior to ARBs, your client has been approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure. Accordingly, my prior guidance regarding submission of materials for a 2007 ARB for your client is inapplicable to this detainee; he will not be receiving another ARB proceeding.

    As you know, such a decision does not equate to a determination that your client is not an enemy combatant, nor is it a determination that he does not pose a threat to the United States or its allies. I cannot provide you any information regarding when your client may be leaving Guantanamo as his departure is subject to ongoing discussions.

DAVID N. COOPER, Lt Col, USAFR
Staff Judge Advocate
DOD HQ OARDEC
Office for the Administrative Review of the Detention of Enemy Combatants
Washington, DC