IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABBAS ABID RUMI,**<br>Guantanamo Bay Naval Station,<br>    Petitioner<br><br>V.<br><br>**GEORGE W. BUSH, et. al.**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500; | : : : : : : : : : : : : : : | (HABEAS CORPUS)<br><br>No:    06-CV-00619 (RJL)<br><br>JUDGE RICHARD J. LEON |

**MOTION FOR ADDITIONAL ATTORNEY
TO BE PRESENT AT STATUS CONFERENCE
ON JULY 23, 2008**

Petitioner, Abas Abid Rumi, through undersigned counsel, hereby requests that this Court permit a second attorney to appear along with counsel Shawn Nolan at the status conference.

1.    Security cleared counsel, Shawn Nolan, Assistant Federal Defender, is prepared to appear at the status conference scheduled for July 23, 2008, in Mr. Rumi's case. Mark Wilson, also an AFD who represents Mr. Rumi, will be present in Washington. Mr. Wilson is not security cleared. However, counsel does not expect any discussion of classified information. In the event classified information is addressed, Mr. Wilson can simply leave the room.

2.    On July 18, 2008, Respondents filed their status report with this Court. In the report, the government requested that it be permitted an additional attorney to be present at the conference for a total of three attorneys, "given the array of issues, both legal and factual, presented in habeas cases like this one." Status Report (doc. 41) at 5. It is for this same reason that Petitioner requests

that he be permitted two attorneys at the conference.

  WHEREFORE, Petitioner respectfully requests that the Court grant his request.

           Respectfully submitted,

           /s/Billy H. Nolas
           Billy H. Nolas (DC 399275; PA 83177)
           Assistant Federal Defender
           Maureen Rowley (PA 33020)
           Chief Federal Defender
           Matthew Lawry (PA 87221)
           Shawn Nolan (PA 56535)
           Mark Wilson (PA 26887)
           Assistant Federal Defenders
           Federal Community Defender Office for the
           Eastern District of Pennsylvania
           601 Walnut Street, Suite 545 West
           Philadelphia, PA 19106
           (215) 928-0520; (215) 928-1100

Dated:  July 23, 2008

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel for Respondents through the ECF filing system or by hand delivery:

Mr. Terry Henry
Mr. Judry Subar
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas


Dated: July 23, 2008