IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,**<br>Guantanamo Bay Naval Station,<br>    Petitioner<br><br>V.<br><br>**GEORGE W. BUSH, et. al.**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500; | (HABEAS CORPUS)<br><br>No:   06-CV-00619 (RJL)<br><br>JUDGE RICHARD J. LEON |

**ORDER**

AND NOW this 23rd day of July, it is hereby ordered that Petitioner's *Motion for Additional Attorney to Be Present at Status Conference on July 23, 2008* is GRANTED.

BY THE COURT:

_____
HONORABLE RICHARD LEON