IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABBAS ABID RUMI,**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>    Petitioner<br><br>V.<br><br>**GEORGE W. BUSH, et. al.**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500; | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>No:   06-CV-00619 (RJL)<br><br>JUDGE RICHARD J. LEON |

### PROPOSED ORDER

AND NOW this ___24th___ day of ___July___, 2008 the Court hereby enters in their entirety the following orders previously entered in *In re Guantanamo Detainee Cases*, No. 02-cv-0299, et. al., by Judge Joyce Hens Green: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; (2) the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and (3) the Order Supplementing and Amending filing Procedures Contained in the November 8, 2004 Amended Protective Order, issued on December 13, 2004.

BY THE COURT:

_____
Hon. Richard J. Leon
United States District Court Judge