# EXHIBIT C

SECRET

[ORAL ARGUMENT NOT YET SCHEDULED]

No. 06-1397



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR - 6 2008

RECEIVED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA

FILED  MAR - 6 2008

CLERK

HUZAIFA PARHAT,
Petitioner,
v.
ROBERT M. GATES, SECRETARY OF DEFENSE,
Respondent.

ON PETITION FOR REVIEW FROM THE DECISION
OF THE COMBATANT STATUS REVIEW TRIBUNAL

CORRECTED BRIEF FOR RESPONDENT

JEFFREY S. BUCHOLTZ
*Acting Assistant Attorney General*

JONATHAN F. COHN
*Deputy Assistant Attorney General*

DOUGLAS N. LETTER
ROBERT M. LOEB
AUGUST E. FLENTJE
PAMELA M. STAHL
JENNIFER PAISNER
CATHERINE Y. HANCOCK
 (202) 514-3469
*Attorneys, Appellate Staff*
*Civil Division, Room 7236*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530-0001*

SECRET

SECRET

While Congress provided for review of the CSRT enemy combatant determinations, it clearly did not intend for this Court to pass judgment on inherently military decisions, such as precisely who the enemy is in the field. Thus, while this Court can review whether the CSRT rules were followed and whether those rules violated any enforceable statutory or constitutional rights, it cannot properly second-guess military judgments, especially during an on-going military conflict. *See Hamdi v. Rumsfeld*, 542 U.S. 507, 531 (2004) ("Without doubt, our Constitution recognizes that core strategic matters of warmaking belong in the hands of those who are best positioned and most politically accountable for making them"); *Ludecke*, 335 U.S. at 170. And even if the Executive's determination as to which entities are subject to the use of force could be subjected to court review, such review would, at a minimum, be due extraordinary deference.

In any event, whatever the scope of the AUMF's authority might mean at the margins, Parhat's detention falls squarely within it because, as described above, the organization providing him military training – ETIM – ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *see also* Consolidated List of the United Nations Security Council's Al-Qaida and Taliban Sanctions Committee (designating ETIM as an "entit[y] belonging to or

SECRET
-32-