UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOUMEDIENE v. BUSH | ) | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | ) | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | ) | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | ) | Civil Case No. 05-0573 (RJL) |
| AL KAHAIY v. BUSH | ) | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | ) | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | ) | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | ) | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | ) | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | ) | Civil Case No. 08-1173 (RJL) |

**BRIEFING ORDER**
(August 28, 2008)

Upon review of the petitioners' notice of subsequent authority regarding the D.C. Circuit's *Bismullah* decisions and the parties' representations made at the August 27, 2008 status conference, it is hereby

**ORDERED** that, by September 3, 2008, counsel for petitioners and the government may each file one supplemental brief addressing the applicability of the D.C. Circuit's *Bismullah* decisions to the habeas proceedings for the Guantanamo Bay detainees. Alternatively, each party may rely on the arguments made in previous pleadings. The parties shall not file responses.

If counsel for the petitioners file a supplemental brief, they are directed to file one consolidated brief for the above-captioned cases.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge