UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAS RUMI | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Case No. 06-619 (RJL) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER
[#65]

Before the Court is Petitioner's Motion for Order Compelling Respondents to Permit Expert to View Classified Materials.

Upon consideration of the pleadings, the entire record, and the applicable law, the Court **GRANTS** in part petitioner's motion. Petitioner's psychiatric expert, Dr. Stuart Grassian, is hereby permitted access to the secure facility for the limited purpose of reviewing those classified materials in the government's return containing either statements made by petitioner or descriptions of the circumstances and manner in which petitioner's interrogations were conducted.

**SO ORDERED.**

December 15th, 2008

RICHARD J. LEON
United States District Judge